FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUN 29 PM 1:30
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WESLEY B. AIKENS, )
)
    Plaintiff, )
)
v. ) CASE NOS. CV610-025
)           CR607-031
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's motion under 28 U.S.C. § 2255 (Doc. 1) and Motion for Release of Real/Personal Property (Doc. 3) are **DENIED**. Accordingly, the **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 28th day of June 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA